In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-357 CR


____________________



GEORGE DAVID STEPHENS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 163rd District Court


Orange County, Texas


Trial Cause No. B-050509-R






MEMORANDUM OPINION


 Appellate jurisdiction is invoked by giving timely and proper notice of appeal. White
v. State, 61 S.W.3d 424, 428 (Tex. Crim. App. 2001). George David Stephens asserts that
the notice of appeal was not signed personally by him or by his counsel. See Tex. R. App.
P. 9.1. He requests that the notice of appeal be withdrawn. See Tex. R. App. P. 42.2. A
request to dismiss the appeal is signed by appellant personally and acting pro se. No opinion
has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 _______________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered September 5, 2007

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.